**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
        Plaintiff,

Case Number 3:13-cv-00181-SLG

v.

KEVIN D. MCDOWELL,
        Intervenor Plaintiff


PARKER DRILLING COMPANY
        Defendant

**JUDGMENT IN A CIVIL CASE**


 XX  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.


 XX  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT
Parker Drilling Company pay as follows:
Equal Employment Opportunity Commission $2,500.00, for sanctions.
Kevin D. McDowell $2,500.00, for sanctions.
Kevin D. McDowell $15,000.00 in non-economic losses.
Kevin D. McDowell $230,619.00 for back pay.

Equal Employment Opportunity Commission pay $4,160.00 to Parker Drilling Company, for fees.

Kevin D. McDowell pay $2,000.00 to Parker Drilling Company, for fees.


[Jmt2 - Basic - rev. 4-1-15}

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: June 1, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                    Janice A. Welch
                    Janice A. Welch,
              Acting Clerk of Court